# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

KATALIN KOZMA,

Appellant,

v.

DEUTSCHE BANK TRUST COMPANY OF AMERICA, as trustee for
Residential Accredit Loans Inc., Mortgage Asset Backed Passthrough
Certificates Series 2007-QO1,

Appellee.

No. 2D22-3132

_____

September 15, 2023

Appeal from the Circuit Court for Sarasota County; Kevin R. Bruning,
Judge.

Katalin Kozma, pro se.

Albert A. Zakarian and Hallie S. Evans of Troutman Pepper Hamilton
Sanders LLP, Atlanta, Georgia, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.